**Exhibit 5 to the Complaint**

**Infringement Claim Chart for U.S. Pat. No. US8651369B2  Vs Abbott authenticity and rewarding program**

| Claim 1 | Evidences |
|---|---|
| 1. A method comprising: | ![QR code scan showing "Open accessreal.com in Safari" with a yellow tag reading "Scan me for Fabulous Rewards!"]<br><br>Source: [Link] |

**Exhibit 5 to the Complaint**



Source: [Link]

| | |
|---|---|
| a) capturing a digital image using a digital image capturing device that is part of a portable electronic device; | 

QR code



Smartphone captures an image of a product box

Source: [Link] |

**Exhibit 5 to the Complaint**

| | |
|---|---|
| | All smartphones have the ability to scan QR codes via their camera application. Where relevant, check your phone setting to ensure that the QR code reading feature is enabled in the camera.<br><br>To start scanning, simply open the 'Camera' or 'QR code scanner' application, and position the camera over the QR code of the can. PediaSure® that the QR code is centered and brought on close up. Upon successful scanning, you will see a link pop up from your application. Click on the link to open the Sure Abbott Rewards Program website on your browser.<br><br>Source: [Link] |

| | |
|---|---|
| b) detecting symbology associated with the digital image using a portable electronic device; | <br>.<br>Source: [Link] |

| | |
|---|---|
| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; |  <br><br>Smartphone captures an image of a product box<br><br>Smartphone decodes the QR code on the product box from the captured image and navigates to the Abbott sign-up page linked to the reward program website.<br><br>Source: [Link]<br><br>All smartphones have the ability to scan QR codes via their camera application. Where relevant, check your phone setting to ensure that the QR code reading feature is enabled in the camera.<br><br>To start scanning, simply open the 'Camera' application, and position the camera over the QR code of the can. PediaSure® that the QR code is centered and brought on close up. Upon successful scanning, you will see a link pop up from your application. Click on the link to open the Sure Abbott Rewards Program website on your browser.<br><br>Source: [Link] |

**Exhibit 5 to the Complaint**

| | |
|---|---|
| d) sending the decode string to a remote server for processing; | <br>Smartphone captures an image of a product box<br><br>Source: [Link] |

**Exhibit 5 to the Complaint**



Source: [Link]

**Exhibit 5 to the Complaint**

| | |
|---|---|
| e) receiving information about the digital image from the remote server wherein the information is based on the decode string; | <br><br>Source: [Link] |

**Exhibit 5 to the Complaint**



Source: [Link]

**Exhibit 5 to the Complaint**



Source: [Link]

| | |
|---|---|
| f) displaying the information on a display device associated with the portable electronic device. |  |

**Exhibit 5 to the Complaint**



Source: [Link]

**Exhibit 5 to the Complaint**



Source: [Link]