**Exhibit 6**   Case 1:23-cv-01469   Document 1-6   Filed 12/04/23   Page 1 of 12

| Infringement Claim Chart for U.S. Pat. No. US8936190B2 Vs Abbott authenticity and rewarding program |
| --- |

| Claim 1 | Evidences |
| --- | --- |
| 1. A method comprising: | <br><br>Source: [Link] |

**Exhibit 6**   Case 1:23-cv-01469   Document 1-6   Filed 12/04/23   Page 2 of 12



Source: [Link]

**Exhibit 6**    Case 1:23-cv-01469   Document 1-6   Filed 12/04/23   Page 3 of 12

| a)capturing a digital image using a digital image capturing device that is part of an electronic device; |  **QR code**  **Smartphone captures an image of a product box**<br><br>Source: [Link]<br><br>All smartphones have the ability to scan QR codes via their camera application. Where relevant, check your phone setting to ensure that the QR code reading feature is enabled in the camera.<br><br>To start scanning, simply open the 'Camera' or 'QR code scanner' application, and position the camera over the QR code of the can. PediaSure®that the QR code is centered and brought on close up. Upon successful scanning, you will see a link pop up from your application. Click on the link to open the Sure Abbott Rewards Program website on your browser.<br><br>Source: [Link] |

**Exhibit 6**   Case 1:23-cv-01469   Document 1-6   Filed 12/04/23   Page 4 of 12

| b) detecting symbology associated with the digital image using the electronic device; | <br><br>.<br>Source: [Link] |
| --- | --- |

**Exhibit 6**     Case 1:23-cv-01469   Document 1-6   Filed 12/04/23   Page 5 of 12

| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the electronic device; |   |
| --- | --- |
| | **Decoded string** |
| | **Smartphone** |
| | **Smartphone captures an image of a product box** |
| | **Smartphone decodes the QR code on the product box from the captured image and navigates to the Abbott sign-up page linked to the reward program website.** |
| | Source: [Link] |
| | All smartphones have the ability to scan QR codes via their camera application. Where relevant, check your phone setting to ensure that the QR code reading feature is enabled in the camera. |
| | To start scanning, simply open the 'Camera' application, and position the camera over the QR code of the can. PediaSure® that the QR code is centered and brought on close up. Upon successful scanning, you will see a link pop up from your application. Click on the link to open the Sure Abbott Rewards Program website on your browser. |
| | Source: [Link] |

**Exhibit 6**          Case 1:23-cv-01469   Document 1-6   Filed 12/04/23   Page 6 of 12

| | |
|---|---|
| d) sending the decode string to a remote server for processing; | <br><br>**Smartphone captures an image of a product box**<br><br>Source: [Link] |

**Exhibit 6**        Case 1:23-cv-01469   Document 1-6   Filed 12/04/23   Page 7 of 12



URL

Abbott signup
page linked to
rewards program

Source: [Link]

**Exhibit 6**   Case 1:23-cv-01469   Document 1-6   Filed 12/04/23   Page 8 of 12

| | |
|---|---|
| e) receiving information about the digital image from the remote server wherein the information is based on the decode string; | <br><br>Source: [Link] |

**Exhibit 6**    Case 1:23-cv-01469  Document 1-6  Filed 12/04/23  Page 9 of 12



Source: [Link]



Source: [Link]

**Exhibit 6**     Case 1:23-cv-01469   Document 1-6   Filed 12/04/23   Page 11 of 12

| f) displaying the information on a display device associated with the electronic device. |  Smartphone captures an image of a product box  Abbott Authenticity QR Code<br><br>Source: [Link] |



Source: [Link]

.