IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.,<br><br>Defendant. | Civil Action No. 1:23-cv-01469-DII<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Abbott Laboratories, Inc. ("Abbott") respectfully requests another twenty-one (21) day extension of time to file an answer, move, or otherwise plead in response to the Complaint filed by plaintiff Symbology Innovations, LLC.  The requested extension will allow Abbott up to and including July 5, 2024 to file an answer, move, or otherwise respond, should it be necessary. To date, the parties have made substantial progress on key issues toward settlement and hope to resolve any remaining issues in short order. Thus, the parties request these additional days to negotiate and finalize a written agreement.  Good cause exists for this extension because the parties are engaged in ongoing settlement discussions which is expected to be finalized shortly.

Plaintiff, through its counsel, is unopposed to this request.

WHEREFORE, Defendant Abbott Laboratories, Inc. respectfully requests that the time to answer, move, or otherwise respond to Plaintiff's Complaint be extended to July 5, 2024.

Dated:  June 12, 2024                                         Respectfully submitted,

                                                              By: */s/ Eric H. Findlay*
                                                              Eric H. Findlay

1

State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Ste. B
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2024, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record who have made an appearance.

*/s/ Eric H. Findlay*
Eric H. Findlay