IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:23-cv-1469-DII<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION FOR A 30-DAY STAY OF ALL PENDING DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Symbology Innovations, LLC and Defendant Abbott Laboratories, Inc. (the "Parties") respectfully notify the Court that the Parties have reached a settlement in principle. The parties, however, require additional time to finalize the agreement and corresponding settlement documents.

The Parties, therefore, respectfully request that the Court stay all pending motions, actions and deadlines for thirty (30) days, up to and including August 2, 2024, while the Parties work to finalize their resolution of this lawsuit. The requested stay is not for delay, but to allow for continued efforts toward an orderly resolution of this lawsuit.

Dated: July 3, 2024

Respectfully submitted,

/s/ Randall Garteiser
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

*Attorneys for Plaintiff*

By: */s/ Eric H. Findlay*

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Ste. B
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

*Attorneys for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that the parties have conferred and agreed to jointly request the above extension.

*/s/ Randall Garteiser*
Randall Garteiser